UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL D. VALENTINE, <br><br> Defendant. | CASE NO. _____ <br><br> JUDGE _____ <br><br> **INFORMATION** <br> 7 U.S.C. § 2156(b) <br> 18 U.S.C. § 49 |

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 JAN -4 PM 5:07

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

The United States Attorney for the Southern District of Ohio and the Assistant Attorney General for the Department of Justice Environment and Natural Resources Division charge:

**INTRODUCTION**

1. The Animal Welfare Act makes it unlawful for a person to knowingly possess, train, transport, deliver, or receive any animal for purposes of having the animal participate in an animal fighting venture. 7 U.S.C. § 2156(b).

2. Pursuant to the Animal Welfare Act, the term "animal fighting venture" means any event, in or affecting interstate or foreign commerce, that involves a fight conducted or to be conducted between at least two animals for purposes of sport, wagering, or entertainment, except that the term "animal fighting venture" shall not be deemed to include any activity the primary purpose of which involves the use of one or more animals in hunting another animal. 7 U.S.C. § 2156(f)(1).

3. The defendant, MICHAEL D. VALENTINE, is a resident of Ohio.

## COUNT ONE

4. On or about June 22, 2019, in the Southern District of Ohio and elsewhere, the defendant,

**MICHAEL D. VALENTINE,**

did knowingly possess animals (namely, 40 pit bull-type dogs) for the purposes of having the animals participate in an animal fighting venture, that is, an event in and affecting interstate and foreign commerce, that involved a fight conducted and to be conducted between at least two animals for purposes of sport, wagering, and entertainment.

In violation of Title 7, United States Code, Section 2156(b) and Title 18, United States Code, Section 49.

## COUNT TWO

5. On or about March 8, 2022, in the Southern District of Ohio and elsewhere, the defendant,

**MICHAEL D. VALENTINE,**

did knowingly possess animals (namely, 11 pit bull-type dogs) for the purposes of having the animals participate in an animal fighting venture, that is, an event in and affecting interstate and

////

///

//

/

foreign commerce, that involved a fight conducted and to be conducted between at least two animals for purposes of sport, wagering, and entertainment.

In violation of Title 7, United States Code, Section 2156(b) and Title 18, United States Code, Section 49.

        KENNETH PARKER
        UNITED STATES ATTORNEY

        TODD KIM
        ASSISTANT ATTORNEY GENERAL
        Environment and Natural Resources Division
        U.S. Department of Justice

        *s/Adam C. Cullman*
        Adam C. Cullman (KY #93912)
        Special Assistant United States Attorney &
        Senior Trial Attorney, Environmental Crimes Section
        Environment and Natural Resources Division
        221 E. 4th St. Ste. 400
        Cincinnati, Ohio 45244

        *s/Nicole Pakiz*
        Nicole Pakiz (0096242)
        Assistant United States Attorney
        303 Marconi Boulevard, Suite 200
        Columbus, OH 43215
        Phone: 614-469-5715
        nicole.pakiz@usdoj.gov

        J. Michael Marous (0015322)
        Special Assistant United States Attorney